```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 12763
   GARY R MICHALSKI
                                          CHAPTER 13

                                          JUDGE: JOHN H SQUIRES
        Debtor
   SSN XXX-XX-2363


---------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 04/05/05 and confirmed on 05/27/05.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $  28260.00 .

   4.  The Trustee made disbursements to creditors as follows:


---------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                             PAID           PAID
---------------------------------------------------------------------------
BECKET & LEE LLP           UNSECURED          203.00           .00         149.00
ECAST SETTLEMENT CORPORA   UNSECURED         4977.71           .00        3653.67
ECAST SETTLEMENT CORPORA   UNSECURED         8048.00           .00        5907.28
ECAST SETTLEMENT CORPORA   UNSECURED        11370.84           .00        8346.27
RESURGENT CAPITAL SERVIC   UNSECURED          628.96           .00         461.66
CAPITAL ONE FINANCIAL      UNSECURED       NOT FILED           .00            .00
CAPITAL ONE FINANCIAL      UNSECURED       NOT FILED           .00            .00
CAPITAL ONE FINANCIAL      UNSECURED       NOT FILED           .00            .00
RESURGENT CAPITAL SERVIC   UNSECURED          722.51           .00         530.33
CARDMEMBERS SERVICES       UNSECURED       NOT FILED           .00            .00
DIRECT MERCHANTS BANK      UNSECURED       NOT FILED           .00            .00
DISCOVER BANK              UNSECURED         4825.76           .00        3542.14
ECAST SETTLEMENT CORPORA   UNSECURED         2010.00           .00        1475.35
HSBC                       UNSECURED       NOT FILED           .00            .00
RESURGENT CAPITAL SERVIC   UNSECURED          489.52           .00         359.31
RESURGENT CAPITAL SERVIC   UNSECURED          425.64           .00         312.42
ECAST SETTLEMENT CORPORA   UNSECURED          754.32           .00         553.68
         Summary of disbursements:
---------------------------------------------------------------------------
                    SECURED    PRIORITY    UNSECURED      OTHER        TOTAL
---------------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00         .00     34456.26        .00     34456.26
PRINCIPAL PAID          .00         .00     25291.11        .00     25291.11
INTEREST PAID           .00         .00          .00        .00          .00
TOTAL PAID              .00         .00     25291.11        .00     25291.11
The Debtor's attorney, RICHARD E SEXNER                , was allowed $   2200.00
and was paid $    406.00  direct and $   1794.00  through the plan.

The Trustee received $    1174.89 .

Refunds to the Debtor totaled $      .00 .
```

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 06/23/08                         /S/
                                       GLENN STEARNS
                                       CHAPTER 13 TRUSTEE